USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 14 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
United States of America, *et al, ex rel* George Paez,              :         12 Civ. 6384 (AJN)
         Qui Tam Plaintiff/Relator                                   :
         -v-                                                         :         ORDER
                                                                     :
                                                                     :
Landauer Metropolitan, Inc., *et al*,                                :
         Defendants.                                                 :
                                                                     :
---------------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

      Plaintiff/Relator George Paez moves to stay these proceedings as to the allegations in his Complaint other than those on which the United States has intervened[1] pursuant to the automatic stay provision of the United States Bankruptcy Code, 11 U.S.C. § 362(a). (Mot. at 1-2). He likewise requests that, to the extent that his claims are not subject to the automatic stay, proceedings with respect to those allegations be stayed to avoid duplication of effort, waste of resources, and potentially conflicting judicial decisions. (Mot. at 1). Plaintiff represents that Defendant, Landauer Metropolitan and its affiliates have filed Chapter 11 bankruptcy under the caption *In re Landauer Healthcare Holdings, Inc., et al.*, No. 13-bk-12098 (CSS) (Bankr. D. Del.).

      The request for a stay is granted. *See* 11 U.S.C. § 362(a); *United States ex rel. Minge v. Hawker Beechcraft Corp. (In re Hawker Beechcraft, Inc.)*, 13-mc-273, 2014 U.S. Dist. LEXIS 42425, at *44 (S.D.N.Y. Mar. 27, 2014) (noting that the "police powers" exception to the automatic stay does not apply to relators). Plaintiff is directed to serve a copy of this order on any party who has not appeared in this litigation. Plaintiff shall submit semi-annual letters as to the status of the relevant bankruptcy proceeding. Plaintiff's letters shall indicate whether this

---

[1] Pursuant to the Court's February 7, 2014, order the claims on which the United States has intervened are already stayed until further order of the Court.

case should remain on suspense, or be dismissed or restored to the calendar. The first of these letters shall be submitted on or before November 1, 2014.

Dated: May 14, 2014
New York, New York

_____
ALISON J. NATHAN
United States District Judge